**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **RICHARD ELVIS MENESES YANCE,**<br>**Petitioner,**<br>**v.**<br>**WARDEN, DELANEY HALL DETENTION FACILITY,**<br>**Respondent.** | **Case No. 26–cv–12667–ESK**<br><br>**OPINION AND ORDER** |

**THIS MATTER** is before the Court on petitioner Richard Elvis Meneses Yance's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Petition). (ECF No. 1.)

1. Petitioner is a citizen of Peru. (ECF No. 8 p. 1.)

2. Petitioner was detained by Immigration and Customs Enforcement (ICE) on September 23, 2026. (*Id.*)

3. This Petition followed on September 25, 2026. (ECF No. 1.)

4. Respondents filed a letter on October 1, 2026 asserting the Petition was moot because petitioner was released on bond on September 28, 2026. (ECF No. 8 p. 1.)

5. Under Article III of the Constitution, federal courts will only have jurisdiction over a matter where there is a live case or controversy to be resolved. *See, e.g., Spencer v. Kemna*, 523 U.S. 1, 7 (1998). "This case-or-controversy requirement subsists through all stages of federal judicial proceedings [and for jurisdiction to exist the] parties must continue to have a 'personal stake in the outcome of the lawsuit.'" *Id.* (quoting *Lewis v. Continental Bank Corp.*, 494 U.S. 472, 477–78 (1990)).

6. I cannot grant petitioner any further relief pursuant to § 2241, so the Petition is moot and must be dismissed. *See Lindaastuty v. Att'y Gen. of U.S.*, 186 F. App'x 294, 298 (3d Cir. 2006) ("However, because Lindaastuty has already been deported and is, therefore, no longer in custody, the challenge to her detention is moot and the habeas petition must be dismissed.")

7. I will also dismiss the pending motions for a temporary restraining order and release as moot. (ECF Nos. 2, 3.)

Accordingly,

**IT IS** on this **19th** day of **October 2026** **ORDERED** that:

1. Petitioner's § 2241 Petition is **DISMISSED AS MOOT**.

2. The motions for a temporary restraining order and release (ECF Nos. 2, 3) are **DISMISSED AS MOOT**.

3. The Clerk shall **CLOSE** this case.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**